# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Leonie Industries, LLC ) ASBCA No. 61022
)
Under Contract No. W97CRB-08-C-0031 *et al.* )

APPEARANCES FOR THE APPELLANT: Mary Beth Bosco, Esq.
Gordon Griffin, Esq.
  Holland & Knight LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT: Arthur M. Taylor, Esq.
  DCMA Chief Trial Attorney
Srikanti Schaffner
  Trial Attorney
  Defense Contract Management Agency
  Carson, CA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: November 15, 2018

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61022, Appeal of Leonie Industries, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals